# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-3076**  **September Term, 2021**

**1:18-cr-00102-DLF-1**

**Filed On:** July 8, 2022

In re: Sealed Case,

**BEFORE:**  Srinivasan, Chief Judge; Tatel*, Circuit Judge; and Edwards, Senior Circuit Judge

# UNDER SEAL OPINION
# NOT AVAILABLE TO PUBLIC

* Circuit Judge Tatel assumed senior status after this case was argued and before the date the opinion issued.